# Court of Appeals
# of the State of Georgia

ATLANTA,__December 28, 2022__

*The Court of Appeals hereby passes the following order:*

**A23A0688. JAMES ROBERTS, JR v. THE STATE.**

On December 20, 2022, we dismissed James Roberts, Jr.'s appeal in this criminal action because his June 21, 2022 notice of appeal was untimely to the October 28, 2013 order denying Roberts's motion for new trial. After this appeal was docketed, however, the record on appeal was supplemented with an order dated May 31, 2022, in which a habeas court granted Roberts a out-of-time appeal to pursue his direct appeal. And Roberts filed a motion for reconsideration of the dismissal of his appeal, showing that the notice of appeal is timely to the habeas court order. Consequently, Roberts' motion for reconsideration is GRANTED, our December 20 order dismissing this appeal is hereby VACATED, and the appeal is REINSTATED.

However, under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__12/28/2022__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.